*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
KING, GASTON, and BAKER
Appellate Military Judges

_____

**UNITED STATES**
Appellee

**v.**

**Matthew C. MOSTELLER**
Airman (E-3), U.S. Navy
Appellant

**No. 202000025**

Decided: 27 July 2020

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judges:
Stephen Reyes (arraignment)
Aaron C. Rugh (trial)

Sentence adjudged 26 September 2019 by a general court-martial convened at Naval Base San Diego, California, consisting of a military judge sitting alone. Sentence approved by the convening authority: reduction to E-1, confinement for 42 months,[1] and a dishonorable discharge.

For Appellant:
*Lieutenant Commander Jonathan Riches, JAGC, USN*

---

[1] The convening authority suspended confinement in excess of 12 months pursuant to a pretrial agreement.

Opinion of the Court

For Appellee:
*Brian K. Keller, Esq.*

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred. Articles 59 and 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court